**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Orin Snyder
Direct: +1 212.351.2400
Fax: +1 212.351.6335
OSnyder@gibsondunn.com

July 22, 2019

VIA CM/ECF

The Honorable Ronnie Abrams
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:   *BWP Media USA Inc. v. Polyvore, Inc.*, No. 13 Civ. 7867

Dear Judge Abrams:

In accordance with this Court's order, the parties submit the following update:

The parties have reached a settlement in principle. The parties are finalizing the terms of the settlement and will advise the Court once the settlement has been executed.

Respectfully Submitted,

| GIBSON, DUNN & CRUTCHER LLP | BARSHAY SANDERS, PLLC |
|---|---|
| /s/ Orin Snyder | /s/ Craig Sanders |
| Orin Snyder | Craig Sanders |
| *Attorney for Defendant* | *Attorney for Plaintiffs* |